

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-17-00599-CR

Juan G. **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4740
Honorable Laura Parker, Judge Presiding

# O R D E R

The State's second motion for extension of time to file the State's brief is granted. We order the State's brief is due April 13, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court